## Dorothy Janovicz, Administratrix of Estate of Victor Janovicz, Deceased, Appellee, v. Edwin Schiesher, Appellant.

### Gen. No. 45,946.

John J. Maciejewski, for appellant; Charles D. Snewind, of counsel; Silvio E. Piacenti, Marion J. Hannigan, and Warren J. Hickey, for appellee. Opinion by JUSTICE FEINBERG. Not to be published in full. Opinion filed May 28, 1953; released for publication June 24, 1953.